UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20170-CR-King/Garber

UNITED STATES OF AMERICA

v.

HUGO ENDEMANO-PORTAL and
LAURO PEREZ,

    Defendants.
_____/

## ORDER

THIS CAUSE was before the Court for hearing on the Government's Motion In Limine to Preclude Non-Cognizable Defenses, the Defendants' response in opposition, and the Government's reply thereto. The Court heard argument of counsel for the parties.

The Motion is anticipatory in nature since it is directed towards issues that may or may not be raised as defenses by the Defendants. The Motion should appropriately be addressed at such time as the Defendants offer any of the defenses anticipated by the Government, which they claim are inappropriate and not cognizable as a matter of law. Such issues raised by the Motion could then appropriately be considered at a charge conference prior to the commencement of the trial.

The Court notes that the case of *United States v. Penton*, 06-20169-CR-Moreno, is presently on appeal in the Eleventh Circuit. The *Penton* case, the Court is advised, contains issues that are identical to those asserted in the cause *sub judice*. The interests of judicial economy thus would dictate that the trial of this cause be deferred pending a ruling by the Eleventh Circuit in the *Penton* case. Accordingly, it is hereby

ORDERED that the government's Motion In Limine to Preclude Non-Cognizable Defenses is DENIED WITHOUT PREJUDICE. The undersigned respectfully recommends that U.S.

District Judge James Lawrence King continue the trial of this cause, presently scheduled for January 8, 2006, until there is a resolution of the *Penton* case in the Eleventh Circuit.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of December, 2006.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record